UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY R. COBBAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:07-cv-1199-RSL-JPD<br><br><br>ORDER FOR REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will update the record; re-evaluate the medical source opinions; re-evaluate the lay witness statements and Plaintiff's credibility; re-evaluate Plaintiff's residual functional capacity; re-evaluate Plaintiff's past relevant work and his ability to perform such work; and, if warranted by the expanded record, obtain vocational expert evidence at step 5 of the sequential evaluation.

Page 1     ORDER- [2:07-cv-1199-RSL-JPD]

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 7th day of April, 2008.

Robert S. Lasnik
United States District Judge

Recommended for Entry this 31st day of March, 2008:

s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2    ORDER- [2:07-cv-1199-RSL-JPD]