UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY COBBAN, | Case No. 07-cv-1199-RSL-JPD |
| Plaintiff, | ORDER GRANTING ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The present matter comes before the Court on Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. No. 22. Defendant does not object to the attorney's fees request. Dkt. No. 27. After careful consideration of the motion, all supporting materials, the governing law and the balance of the record, it is hereby ORDERED that:

The Court GRANTS Plaintiff's motion, Dkt. No. 22, and authorizes a gross attorney's fees award of $8,277.12 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $3,302.62, leaving a net fee of $4,974.50. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to

ORDER
PAGE - 1

send to Plaintiff's attorney the net fee of $4,974.50 less any applicable processing fees as allowed by statute.

DATED this 20th day of October, 2009.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Recommended for entry
this 15th day of October, 2009.

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2